614

City of Chicago, appellee, v. Michael Ohlsen, trading as M. Ohlsen Coal Company, appellant. Gen. No. 39,009.

Opinion filed March 24, 1937.

Harry C. Lindahl, for appellant; Robert G. Phelps, of counsel. Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and David Lefkovits, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Maria Stanke, appellee, v. Arden Atherton, appellant. Gen. No. 39,088.

Opinion filed March 24, 1937. Rehearing denied April 12, 1937.

Anson H. Brown, for appellant. Paul B. Fischer, Paul E. Johnson and Kellam Foster, for appellee.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

George A. Tetzlaff, Jr., a minor, by his father and next friend, George A. Tetzlaff, appellee, v. Edward E. Lickton, appellant. Gen. No. 39,089.

Opinion filed March 24, 1937.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. John A. Bloomingston, for appellee.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.